## 1638.  REECE *v.* THE STATE.

HILL, C. J. In order to render penal the sale by a tenant of personalty which is subject to a landlord's lien for rent and advances, three necessary facts must appear: (1) that such sale was made without the consent of the landlord; (2) that it was made with intent to defraud

the landlord; and (3) that, in consequence of the sale, the landlord sustained a loss. A charge to a jury which states the first and third necessary constituents of this offense, but leaves out all reference to the second, constitutes reversible error. Penal Code,. §§ 671, 672; *Denney* v. *State*, 2 *Ga. App.* 146 (58 S. E. 318); *Morrison* v. *State*, 111 *Ga.* 642 (36 S. E. 902).        *Judgment reversed.*

Accusation of misdemeanor, from city court of Newton—Judge Johnson. January 6, 1909.

Submitted February 9,—Decided February 16, 1909.

*W. I. Geer,* for plaintiff in error. *B. Odom, solicitor,* contra.